# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRANDON J. RUBIO,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　Respondent. | Case No. C21-1721-JCC-SKV<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge and the remaining record, and there being no objections or response, the Court finds and ORDERS:

　　(1)　The Court ADOPTS the Report and Recommendation.

　　(2)　Petitioner's petition for writ of habeas corpus is DENIED without an evidentiary hearing, and this action is DISMISSED without prejudice.

　　(3)　A certificate of appealability is DENIED.  *See* 28 U.S.C. § 2253(c).

　　(4)　The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

//

ORDER OF DISMISSAL - 1
C21-1721-JCC-SKV

DATED this 25th day of March 2022.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2
C21-1721-JCC-SKV